Prob 19
(7/03)

DISTRICT OF COLORADO

DISTRICT OF COLORADO

# United States District Court
## for the
### District of Colorado

JAN 28 A 2:59

JAN 27 A 3:00

U.S.A. vs STEVEN HARRINGTON CARTER       Docket No. 04-cr-00356-WDM-01

TO: [1] **Any United States Marshal or any other authorized officer.**

93291-011

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE |||||
|---|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. |||||
| NAME OF SUBJECT  STEVEN HARRINGTON CARTER  || SEX  Male | RACE  White | AGE  27 |
| ADDRESS(STREET, CITY, STATE)  87 W. Boulder, Colorado Springs, Colorado 80903 |||||
| SENTENCE IMPOSED BY (NAME OF COURT)  United States District Court, Northern District of California |||||
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)  United States District Court, Denver, Colorado |||||
| CLERK  GREGORY C. LANGHAM | (BY) DEPUTY CLERK  *[signature]* ||| DATE  1/26/06 |

SEE ATTACHMENT HERETO AND HEREIN INCORPORATED BY REFERENCE

| RETURN |||
|---|---|---|
| Warrant received and executed  2/6/06 | DATE RECEIVED  2/6/06 | DATE EXECUTED  2/6/06 |
| EXECUTING AGENCY (NAME AND ADDRESS)  USMS  901 19th St  Denver, CO 80249 |||
| NAME  Cd Zah | (BY) *[signature]* | DATE  2-6-06 |

**ORIGINAL**

---

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the District of Colorado;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."