IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.    04-cr-00356-WDM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

STEVEN HARRINGTON CARTER,

       Defendant.

_____

NOTICE OF APPEARANCE
_____

       The Office of the Federal Public Defender, by and through undersigned counsel hereby enters its appearance in the above captioned case.

       Respectfully submitted,

       RAYMOND P. MOORE
       FEDERAL PUBLIC DEFENDER

       s/ Janine Yunker
       JANINE YUNKER
       Office of the Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO    80202
       Telephone:  (303) 294-7002
       FAX:  (303) 294-1192
       E-mail: Janine_Yunker@fd.org
       Attorney for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on February 10, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Brenda Taylor, Assistant United States Attorney
      Brenda.Taylor2@usdoj.gov

      s/ Janine Yunker
      JANINE YUNKER
      Attorney for Defendant
      Office of the Federal Public Defender
      633 17th Street, Suite 1000
      Denver, CO   80202
      Telephone:  (303) 294-7002
      FAX:  (303) 294-1192
      Janine_Yunker@fd.org