IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE**
**MICHAEL J. WATANABE**

Courtroom Deputy: Nel Steffens                     FTR: MJW PM
                                                   Date: February 7, 2006

Case No.: 04-cr-00356-WDM

UNITED STATES OF AMERICA,

        Plaintiff,                    Brenda Taylor

vs.

STEVEN HARRINGTON CARTER              Not present

        Defendant.

_____

### INITIAL APPEARANCE ON PROBATION VIOLATION
_____

Court in session: 2:04 p.m.

Court calls case and appearances. Gary Kruck present from Probation.

Defendant is advised of all rights, charges, and possible penalties.
Defendant tenders financial affidavit.

**ORDERED:**
- Office of the Federal Public Defender is appointed to represent the defendant.

Government is seeking detention.

**ORDERED:**
- Preliminary/Detention hearing is set for **February 10, 2006 at 1:30 p.m.**
- Defendant is remanded to the custody of the U.S. Marshal.


Court in recess: 2:13 p.m.

Hearing concluded.

Hearing duration: 9 minutes