**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Criminal Case No. 04-cr-00356-WDM-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    STEVEN HARRINGTON CARTER,

    Defendant.

---

## ENTRY OF APPEARANCE

---

    Robert J. Corry, Jr. hereby enters his appearance as counsel of record for Defendant Steven Harrington Carter.

Date:  February 13, 2006                         Respectfully Submitted,

                                                              <u>s/ Robert J. Corry, Jr.</u>
                                                              Robert J. Corry, Jr.
                                                              303 East 17th Ave., Suite 350
                                                              Denver, Colorado 80203
                                                              303-785-8585
                                                              Robert.Corry@comcast.net
                                                              Attorney for Steven H. Carter

## Certificate of Service

      I certify that on February 13, 2006, I served the above **ENTRY OF APPEARANCE** by delivering a true and correct copy electronically to the following:

United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, CO 80202

                                                s/ Robert J. Corry, Jr.