IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE**
**MICHAEL J. WATANABE**

Courtroom Deputy: Nel Steffens

Case No.: 04-cr-00356-WDM

FTR: MJW PM
Date: February 10, 2006

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

STEVEN HARRINGTON CARTER

    Defendant.

David Conner for Brenda Taylor

Robert J. Corry, Jr.

___

**PRELIMINARY AND DETENTION HEARING**
___

Court in session: 2:57 p.m.

Court calls case and appearances.

Scott Varholak is present for Janine Yunker, Federal Public Defender who was appointed to represent the defendant. Mr. Varholak requests withdrawal of Federal Public Defender since Mr. Corry has been retained.

**ORDERED:**
- Federal Public Defender's request to withdraw as counsel is granted.
- Mr. Corry shall enter his appearance in the case electronically today.

Mr. Corry requests a short recess to confer with Government counsel and Pre-trial Services.

Court in recess: 2:59 p.m.

Court back in session: 3:12 p.m.

Court calls case and appearances again.

Government asks the Court to take judicial notice of the court file, which the Court does. Government calls witness John Griffin, Federal Probation Officer, District of Colorado, who is sworn.

Direct examination by Mr. Conner.
Cross examination by Mr. Corry.
Re-direct examination by Mr. Conner.
Witness is excused.

Mr. Corry calls witness Judith Harrington, the defendant's mother, who is sworn.
Direct examination by Mr. Corry.
Cross examination by Mr. Conner.
Witness is excused.

Argument by Mr. Conner.
Argument by Mr. Corry.
Final argument by Mr. Conner.

**ORDERED:**
- Court finds that probable cause has been established.
- Defendant shall be bound over for hearing by Judge Miller.

**ORDERED:**
- Defendant is not a flight risk.
- There are conditions that can be imposed to reasonably assure the appearance of the defendant and the safety of the community.
- Defendant shall be released on a **$10,000 cash or property bond.**
- Defendant shall comply with all conditions set forth in the Order Setting Conditions of Release, including the special condition that the **defendant shall not drive any motor vehicle** and with special emphasis on the condition that the **defendant shall refrain from all use of alcohol**.
- Counsel sent to chambers for next hearing dates.
- Defendant remanded to the custody of the U.S. Marshal pending posting of bond or further proceedings.

Court in recess: 4:53 p.m.

Hearing concluded.

Hearing duration: 1 hour 33 minutes