IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE**
**CRAIG B. SHAFFER**

| | |
|---|---|
| Courtroom Deputy: Nel Steffens | FTR: CBS AM |
| | Date: March 29, 2006 |
| Case No.: 04-cr-00356-WDM | |
| UNITED STATES OF AMERICA, | Not present |
| Plaintiff, | |
| vs. | |
| STEVEN HARRINGTON CARTER | Not present |
| Defendant. | |

___

### BOND RELEASE TO HALFWAY HOUSE
___

Court in session: 10:10 a.m.

Court calls case and appearances. Defendant is present in custody.

Court advises defendant of conditions of release.
$10,000 cash bond has been posted by defendant's mother Judith Harrington.

**ORDERED:**
- Defendant shall maintain residence at Comcor, 5250 N. Nevada, Colorado Springs, CO 80918 and shall pay his subsistence there.
- Defendant shall report to Comcor by 3:00 p.m. today.
- Bond is executed, terms are reviewed, and defendant is released.

Court in recess: 10:16 a.m.
Hearing concluded.
Hearing duration: 6 minutes