IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

```
FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2006 MAR 28  PM 2: 35

GREGORY C. LANGHAM
         CLERK

BY_____DEP. CLK
```

Case Number: 04-cr-00356-WDM

UNITED STATES AMERICA,

    Plaintiff,

v.

Steven Harrington Carter

    Defendant.

## AFFIDAVIT BY OWNER OF CASH BAIL

I, JUDITH R. HARRINGTON

on oath say that I reside at P.O. Box 99 / 506 Viola St.

Palmer Lake, CO 80133

and that I am the owner of the $ 10,000

cash deposited as bail on the foregoing appearance bond and that sum is to be

returned to me at the above address upon exoneration of this bond.

                        Judith R. Harrington
                        Signature of Owner of Cash Security

Subscribed and sworn before me this 28 day of March, 2006.

                        Gregory C. Langham, Clerk

                        By:_____
                              Deputy Clerk

```
nTue Mar 28 14:44:38 2006


     UNITED STATES DISTRICT COURT
   DENVER            , CO

   Receipt No.   100 267156
   Cashier          stacie

   Tender Type  CHECK

   Check Number: 478812018

   Transaction Type   C

   Case No./Def No. 1:04-CR-000356/  11

   DD Code    Div No      Acct
    4613        1         604700

   Amount                $ 10000.00

   FROM JUDITH HARRINGTON PO BOX 99 506 VIO
   LA ST PALMER LAKE CO 80133

   04-CR-356, BOND POSTED FOR STEVEN HARRIN
   GTON CARTER, SG
```