IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No. 04-cr-00356-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STEVEN HARRINGTON CARTER,

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following Minute Order is entered by Judge Walker D. Miller:

    Status hearing on the probation violation will be held **October 13, 2006, at 10:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.


Dated:  April 7, 2006

                                                          s/ Jane Trexler, Secretary/Deputy Clerk