# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## Bond Return Form

Magistrate Case No.: _____

Criminal Case No.: 04-cr-00356-WDM

Defendant: STEVEN HARRINGTON CARTER

Disposition: Dft released to probation

Defendant Surrendered: _____

Mail Check To: _____

Address: _____

Will Pick-Up On: When ready; call attny Robert J Correy for pickup; phone 303-785-8585

Paid: 4/10/06

Check Number: 279893

Deputy Clerk: Kathy Triplett