IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE WALKER D. MILLER

COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: April 7, 2006 |
| Court Reporter: Adrienne Whitlow | Time: .5 hours |
| Probation Officer: Robert Ford | Interpreter: n/a |

**CASE NO.   04-CR-00356-WDM**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | David Conner |
| Plaintiff, | |
| vs. | |
| **STEVEN HARRINGTON CARTER,** | Robert Corry |
| Defendant. | |

### HEARING ON VIOLATIONS OF PROBATION

**1:30 p.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and on bond.

Comments by Mr. Conner advising that the parties have reached an agreement in this matter.

Comments by Mr. Corry.

Page Two
04-CR-00356-WDM
April 7, 2006

Defendant is sworn, testifies and admits to 3 of the allegations contained in the Petition for Violations of Probation.

Mr. Conner withdraws violation #9.

**ORDERED:**  Probation is **MODIFIED** as follows:

    1.    Defendant shall reside in a Community Corrections Center for a period of up to **120 days**.

    2.    Defendant shall not operate a motor vehicle without an interlock device installed.

**ORDERED:**  Counsel directed to chambers to schedule a status conference or further hearing on revocation of probation in six months.

**2:10 p.m.**    **COURT IN RECESS**

**Total in court time:**    40 minutes

**Hearing concluded**