IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 04-cr-00356-WDM-01

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

STEVEN HARRINGTON CARTER,

      Defendant.

---

## ORDER CONTINUING PROBATION AND MODIFYING CONDITIONS OF PROBATION

---

**THIS MATTER** is before the Court on report of the probation officer following a probation violation hearing held on April 7, 2006. The defendant admits to violations 1, 2, 3, and 4, and accordingly, it is

**ORDERED** that the defendant's term of probation is continued, and the terms and conditions of supervision be modified as follows:

The defendant shall reside in a Community Corrections Center for a period not to exceed 120 days, to commence as soon as bed space is available, and shall observe the rules of that facility. It is

**FURTHER ORDERED** that the defendant cannot operate a motor vehicle unless it is equipped with a working Interlock or similar device. It is

**FURTHER ORDERED** that all previously imposed conditions shall remain in full force and effect.

**DATED** at Denver, Colorado, this 17th day of April, 2006.

                          BY THE COURT:

                          s/ Walker D. Miller

                          WALKER D. MILLER
                          United States District Judge