IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No.  04-cr-00356-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STEVEN HARRINGTON CARTER,

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following Minute Order is entered by Judge Walker D. Miller:

    The status hearing on the probation violation is vacated.


Dated:  October 5, 2006

                                           s/ Jane Trexler, Secretary/Deputy Clerk